# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:19cr143-RJC |
| ) | |
| v. ) | **BILL OF INDICTMENT** |
| ) | |
| CHARLTON CHRISTIAN ALLEN ) | Violations: 18 U.S.C. § 922(a)(1)(A) |
| ) | 26 U.S.C. § 5861(e) |
| ) | 18 U.S.C. § 922(j) |
| ) | 18 U.S.C. § 922(o) |

## THE GRAND JURY CHARGES:

### COUNT ONE
*(Dealing in Firearms without a License)*

From on or about April 10, 2014 through on or about February 27, 2019, within the Western District of North Carolina, the defendant,

### CHARLTON CHRISTIAN ALLEN,

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

### COUNT TWO
*(Transfer of a Firearm in Violation of the National Firearms Act)*

From on or about June 27, 2016 through on or about February 27, 2018, the exact date being unknown to the Grand Jury, within the Western District of North Carolina, the defendant,

### CHARLTON CHRISTIAN ALLEN,

unlawfully and knowingly transferred to another person a firearm, that is, a FMK, model AR-1 Extreme, short-barrel rifle, serial number FMK30267, having a barrel or barrels of less than sixteen (16) inches in length, in violation of the provisions of the National Firearms Act, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5812, 5861(e), and 5871.

## COUNT THREE
*(Possession and Sale of a Stolen Firearm)*

On or about February 27, 2019, within the Western District of North Carolina, the defendant,

**CHARLTON CHRISTIAN ALLEN,**

knowingly possessed and sold a stolen firearm, that is, a Sig Sauer, model P238 HD, .380 caliber pistol, which had been shipped and transported in interstate or foreign commerce, knowing and having reasonable cause to believe the firearm was stolen, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## COUNT FOUR
*(Possession of a Machine Gun)*

On or about May 15, 2019, within the Western District of North Carolina, the defendant,

**CHARLTON CHRISTIAN ALLEN,**

did knowingly possess a machinegun, as defined in Title 18, United States Code, Section 921(a)(23) and Title 26, United States Code, Section 5845(b), that is, one or more Glock conversion devices, commonly referred to as a "Glock Switch" or a "Glock Auto Sear," in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given of 18 U.S.C. § 924, 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 924, Section 5872, and/or Section 2461(c): all firearms and ammunition involved or used in the violations set forth in this bill of indictment.

The Grand Jury finds probable cause to believe that the following is subject to forfeiture on one or more of the grounds stated above:

a. a Remington, 870 Express Magnum shotgun and shotgun shells seized during this investigation;

b. two (2) Glock conversion devices, seized during this investigation;

c. a Marlin, model XT-22, .22 caliber firearm and magazine seized during this investigation;

d. a Crickett, .22 caliber rifle, seized during this investigation;

e. two (2) Glock, 10mm caliber firearms and two (2) magazines seized during this investigation;

f. assorted ammunition seizure during this investigation.

A TRUE BILL

_____
FOREPERSON

R. ANDREW MURRAY
UNITED STATES ATTORNEY

_____
ERIK LINDAHL
ASSISTANT UNITED STATES ATTORNEY